UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 17, 2018

No. 17-2324

SORTO BONILLA,
PETITIONER

v.

ATTORNEY GENERAL OF THE UNITED
STATES OF AMERICA,
RESPONDENT

(Agency No.  A20-771-350)

Present:  JORDAN, SHWARTZ and KRAUSE, Circuit Judges

   1. Unopposed Motion filed by Respondent to Publish the Opinion dated March 15, 2018.

Respectfully,
Clerk/clw

_____ORDER_____
The foregoing unopposed motion filed by Respondent to publish the Opinion dated March 15, 2018 is granted.

By the Court,

s/ Patty Shwartz
Circuit Judge

Dated: May 30, 2018